UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARCEL MALACHOWSKI, #15287-052 § § § *Petitioner*, § § v. § § UNITED STATES OF AMERICA, § § *Respondent.* § § § | Civil Action No. 3:23-CV-2496-X-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 7). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 17th day of April, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1